IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MARY P.R. HAVILAND-SALE,

        Plaintiff,

   v.

TONY MENDENHAL, et al.,

        Defendants.

No. 1:12-cv-1913-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree that this court lacks subject matter jurisdiction over plaintiff's complaint. Accordingly, I ADOPT the Report and

1 - ORDER

Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#5) is adopted. Plaintiff's motions for leave to proceed in forma pauperis (#1) and for appointment of counsel (#4) are denied as moot. This action is dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff has leave to file an amended complaint no later than February 15, 2013, in accordance with the guidelines in the Report and Recommendation.

IT IS SO ORDERED.

DATED this 16th day of January, 2013.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER